PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

## **Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

**Name of Offender:** John Gray **Case Number:** 1:02CR00029-01T

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** September 13, 2002

**Original Offense:** Felon in Possession of a Firearm

**Original Sentence:** Twenty-seven months incarceration, three years supervised release and a $100 special assessment.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** April 6, 2004

---

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall participate in outpatient substance counseling as approved by the U.S. Probation Office and submit no more than seventy-two (72) urine specimens per year.**

### CAUSE

On May 25, 2005, Mr. Gray reported to the United States Probation Office to meet with United States Probation Officer David S. Borrelli and submitted a urine specimen that tested positive for marihuana. Mr. Gray advised that he was depressed and smoked marihuana on Mothers Day. As Mr. Gray's mother passed away on September 30, 2004, this was the first Mothers Day without her and he found it to be very difficult.

Of equal significance, Mr. Gray asserted that he quit his job at Madir, Providence, Rhode Island during the week of April 8, 2005, as he wished to pursue a career as a writer. Mr. Gray did, however, acknowledge that he knew that he should have contacted USPO Borrelli prior to leaving this job. Upon speaking with Mr. Gray's supervisor, it was discovered that he had stopped reporting for work and had not been heard from since the second week of April 2005.

Mr. Gray was verbally admonished for his actions, and placed on the Random Urinalysis Color Code. Further, he was provided with an employment application verification sheet and directed to apply for four jobs per day until he secures full-time employment. He was also advised that he must submit copies of this document with his monthly supervision reports.

PROB 12B
(12/00)

On May 27, 2005, USPO Borrelli spoke to Assistant United States Attorney Andrew Reich and he advised that he does not have any objections to the above-mentioned modification.

On May 31, 2005, Mr. Gray met with USPO Borrelli and executed a PROB form 49 - Waiver of Hearing to Modify of Conditions of Supervised Release. In view of the fact that Mr. Gray has been unable to refrain from the use of marijuana, it is, therefore, respectfully recommended that his conditions be modified to include the above-mentioned condition.

**Reviewed and Approved by:**

Kurt E. O'Sullivan

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 5/31/05

**Respectfully Submitted by:**

David S. Borrelli

**David S. Borrelli**
**U.S. Probation Officer**

Date: 5/31/05

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Ernest C. Torres

Honorable Ernest C. Torres
Chief U.S. District Judge

6/1/05

Date

Prob 49
(Rev. 3/89)

# United States District Court
for
The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in outpatient substance counseling as approved by the U.S. Probation Office and submit no more than seventy-two (72) urine specimens per year.**

Witness: [signature] Signed: [signature]

5/31/5
Date