PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

**Name of Offender:** John Gray **Case Number:** 1:02CR00029-01T

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** September 13, 2002

**Original Offense:** Felon in Possession of a Firearm

**Original Sentence:** Twenty-seven months incarceration, three years supervised release and a $100 special assessment.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** April 6, 2004

---

☐ To extend the term of supervision for ____ years, for a total term of ____ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall participate in outpatient mental health counseling as approved by the U.S. Probation Office.**

## CAUSE

On July 11, 2005, Mr. Gray met with United States Probation Officer David S. Borrelli and advised that he needed counseling. He indicated that he is depressed and has been smoking marihuana. USPO Borrelli referred Mr. Gray to the Providence Center for psychotherapy.

On July 12, 2005, USPO Borrelli met with Mr. Gray during an announced home visit and he advised that the Providence Center no longer had any resources for indigent individuals. As Mr. Gray is unemployed, he does not have the financial means to seek out private counseling.

On July 13, 2005, Mr. Gray met with USPO Borrelli and executed a PROB form 49 - Waiver of Hearing to Modify of Conditions of Supervised Release.

On July 14, 2005, USPO Borrelli spoke to Assistant United States Attorney Andrew Reich and he advised that he does not have any objections to the above-mentioned modification.

In view of the fact that Mr. Gray has been experiencing significant psychological stress and has been unable to refrain from the use of marijuana, it is respectfully recommended that his conditions be modified to include the above-mentioned condition so that he can be placed in a federally contracted mental health facility.

PROB 12B
(12/00)

**Reviewed and Approved by:**

Kurt E. O'Sullivan

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 7/14/05

**Respectfully Submitted by:**

David S. Borrelli

**David S. Borrelli**
**U.S. Probation Officer**

Date: 07/14/05

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Ernest C. Torres

Honorable Ernest C. Torres
Chief U.S. District Judge

7/14/05
Date

Prob 49
(Rev. 3/89)

# United States District Court
# for
# The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Mr. Gray shall participate in outpatient mental health treatment as approved by the United States Probation Department.

Witness: [signature] Signed: [signature]

7.13.05
Date