UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 02-29T

JOHN GRAY

ORDER APPOINTING CJA PANEL ATTORNEY

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ORDERED that a CJA Panel Attorney be appointed to represent said defendant in this cause until further order of the Court.

By Order

Deputy Clerk
August 17, 2005

ENTER:

David L. Martin
U.S. Magistrate Judge
August 17, 2005