637939

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
AUG 16 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

John Gray

WARRANT FOR ARREST

CASE NUMBER: 01:02CR00029-01 T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest John Gray
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Conditions of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Ryan H. Jackson
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

8/16/05
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Providence, RI by U.S. Marshals | | |
| DATE RECEIVED 08/16/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] Charles Wyant |
| DATE OF ARREST 08/17/2005 | | |

23

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.