UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 02-29T** **DATE: August 17, 2005**

**TITLE: USA v. JOHN GRAY**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Peter Neronha**
**Defendant: Joseph DeCaporale**
**Probation: Barry Weiner**

****************************************************************************

**Proceedings: Preliminary Probation Violation Hearing**

**All counsel of record present. Defendant present. Probation present. Court informs defendant of violations. Court questions defendant; Court informs defendant of his rights. Court schedules violation hearing for 8/25/05 at 10:00 am. Government requests detention. Court orders defendant detained pending violation hearing.**