AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

U.S.

v.

JOHN GRAY

APPEARANCE

CASE NUMBER: 1:02-CR-029-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOHN GRAY

I certify that I am admitted to practice in this court.

8/17/05
*Date*

*Signature*

JOSEPH DeCAPORACE 1794
*Print Name* *Bar Number*

400 RESERVOIR AVE ,
*Address*

PROV. R.I. 02907
*City* *State* *Zip Code*

401-228-8960 401-228-896
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher