# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**August 25, 2005**

**CR 002-29T**

**TITLE: USA v. JOHN GRAY**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Andrew Reich**

**Defendant: Joseph DeCaporale**

**Probation: David Borrelli**

******************************************************************************

**Preliminary Probation Violation Hearing**

**All counsel of record present. Defendant present. Probation present. Defendant requests a continuance. Government has no objection. Court grants the request and continues the violation hearing to 9/1/05 at 10:00 a.m.**