UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 02-29T** **DATE: September 1, 2005**

**TITLE: USA v. JOHN GRAY**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Andrew Reich**

**Defendant: Joseph DeCaporale**

**Probation: David Borrelli**

*****************************************************************************

**Proceedings: Preliminary Probation Violation Hearing**

**All counsel of record present. Defendant present. Probation present. Six witnesses sworn in for testimony. One exhibit entered as full. Both sides give final argument. Court finds defendant of guilty of violations. Court to issue a report and recommendation. Court orders defendant detained.**